[No. 74261-2-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL ESPINOZA-REYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04803-0, Veronica Alicea Galván, J., entered October 30, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Mann, JJ.

[No. 74409-7-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNABE JOHN LOVE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02951-3, Chad Allred, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Mann, JJ.

[No. 74415-1-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN THOMPSON O'DELL, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 12-1-00111-2, Vickie I. Churchill, J., entered November 25, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Spearman, JJ.

[No. 74494-1-I.   Division One.   April 17, 2017.]

*In the Matter of the Personal Restraint of* RONALD L. BROWN, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Appelwick, J.